UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| BRIAN STEVEN BRAISTED, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALFRED CICHON, et al., )<br>)<br>Defendants. ) | Civil No. 08-328-B-W |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on March 24, 2009 her Recommended Decision. The Plaintiff filed his objections to the Recommended Decision on April 3, 2009 and the Defendant filed his response to those objections on April 17, 2009. I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is further **ORDERED** that the Motion for Summary Judgment (Docket # 47) be and hereby is **GRANTED**.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 27th day of April, 2009