UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| BRIAN STEVEN BRAISTED, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV-08-328-B-W |
| ALFRED CICHON, et al., | ) ) | |
| Defendants. | ) | |

**ORDER AFFIRMING THE RECOMMENDED
DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed August 21, 2009, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Motion for Judgment on the Pleadings (Docket # 55) be and hereby is GRANTED. With the granting of the Motion for Judgment on the Pleadings, the Motion for Issuance of New Scheduling Order (Docket # 54) is hereby MOOT.

SO ORDERED.

/s/ John A. Woodcock, Jr._____
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 11th day of September, 2009